Renee Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com

JON B. ZIMMERMAN, ESQ. *(Admitted Pro Hac)*
California Bar No. 112281
*jzimmerman@messner.com*
MESSNER REEVES LLP
160 W. Santa Clara Street, Suite 1000
San Jose, California 95113
Telephone; (408) 298-7120
Facsimile: (408) 298-0477

*Attorneys for Defendants, GOSS RV, INC. and WILLARD P. KING*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL ANTONIO SALGUERO, ALICIA SALGUERO, and MARIA REGALO,<br><br>Plaintiff,<br><br>v.<br><br>GOSS RV, INC., a Delaware Corporation; OUTDOORSY, INC., a Delaware corporation; WILLARD P. KING; CARROLL BENJAMIN DALE; and DOES 1 through X, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00035-RFB-DJA<br><br>**DEFENDANT GOSS RV, INC., AND WILLIARD P. KING'S REQUEST TO APPEAR BY TELEPHONE FOR OUT OF STATE COUNSEL, ONLY** |

COMES NOW, Defendants GOSS RV, INC., AND WILLLARD P. KING (hereinafter "Defendants"), by and through their counsel of record, RENEE M. FINCH, ESQ., and JON ZIMMERMAN, ESQ., of MESSNER REEVES, LLP., and hereby submits a Request to Appear by Telephone for out of state counsel, Jon Zimmerman, Esq. only. Local counsel, Renee M. Finch, Esq. will attend the hearing in person.

/ / /

This request is made for the hearing regarding Plaintiff's Counsel Motion to Expedite Corrected Motion to Withdraw as Attorney (ECF No. 37).

Dated: August 25, 2022

MESSNER REEVES LLP

By: /s/Renee M. Finch, Esq.
RENEE FINCH, ESQ.
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com

*And*

JON B. ZIMMERMAN, ESQ. *(Admitted Pro Hac)*
160 W. Santa Clara Street, Suite 1000
San Jose, California 95113
Telephone; (408) 298-7120
Facsimile: (408) 298-0477
E-mail: jzimmerman@messner.com

Attorneys for Defendants, GOSS RV, INC. and WILLARD P. KING

## **ORDER**

IT IS SO ORDERED. Mr. Zimmerman may appear telephonically and is instructed to call telephone number (888) 808-6929 five minutes prior to the hearing time. When prompted, enter access code: 8129639. The Court will join the call and convene the proceedings. The use of speaker phone and/or the use of recording devices during the proceedings is prohibited.

DATED: August 26, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

{06573904 / 1}

# CERTIFICATE OF SERVICE

I hereby certify that on this  25th  day of August, 2022, a true and correct copy of **DEFENDANT GOSS RV, INC., AND WILLIARD P. KING'S NOTICE OF INTENT TO APPEAR BY SIMULTANEOUS AUDIO-VISUAL TRANSMISSION EQUIPMENT**  was served via the United States District Court CM/ECF system on all parties or persons requiring notice as listed below:

| | |
|---|---|
| Robert E. Marshall<br>Marshall Law Office<br>625 S. Eighth Street<br>Las Vegas, NV 89101<br>Telephone: (702) 474-0100<br>Email: robert@marshallnevada.com | Attorneys for Plaintiffs |
| Crane M. Pomerantz<br>Clark Hill PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (702) 862-8300<br>Facsimile: (702) 862-8400<br>Email: cpomerantz@clarkhill.com | Attorneys for Outdoorsy, Inc. |
| Charles T. Meyer<br>Strongin Burger, LLP<br>2888 Laker Avenue, Suite 311<br>Carlsbad, CA 92010<br>Email: ctm@severson.com | Attorneys for Carroll Benjamin Dale |

By  */s/ Michelle Ordway*
     an Employee of MESSNER REEVES LLP